

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: REAL PROPERTY LOCATED AT 3300 QUEEN CITY DRIVE, CHARLOTTE NORTH CAROLINA, MORE PARTICULARLY DESCRIBED IN A DEED RECORDED AT DEED BOOK 24115 PAGE 807 IN THE MECKENBURG COUNTY REGISTER OF DEEDS | ) ) ) ) ) ) ) ) | CASE NO.: 3:15-mc-168<br><br>ORDER AND LIS PENDENS |
| FILE IN GRANTOR INDEX UNDER: SHREEJI HOSPITALITY QUEEN CITY, LLC and/or CHANDRESH B. PATEL | ) ) ) | |

WHEREAS, the United States of America, by and through Special Agent Shawnda Drummond of the Federal Bureau of Investigation, has presented an affidavit to the Court alleging that the above-captioned property was used or intended to be used to commit or to facilitate violations of 18 U.S.C. § 1591(a)(1); 18 U.S.C. § 2423(a) and (d); and 21 U.S.C. § 841(a)(1); and,

WHEREAS, the Court, having reviewed the affidavit, finds that there is probable cause to believe that the property was used or intended to be used to commit or to facilitate violations of 18 U.S.C. § 1591(a)(1); 18 U.S.C. § 2423(a) and (d); and 21 U.S.C. § 841(a)(1); and,

WHEREAS, upon this finding of probable cause, the property may be subject forfeiture to the United States pursuant to 18 U.S.C. §§ 1594(e)(1)(A) and (2); 18 U.S.C. § 2428(b)(1)(A); and 21 U.S.C. § 881(a)(7); and the government is entitled to record a lis pendens to give public notice of the government's forfeiture interest and potential civil and/or criminal forfeiture claim against the property;

THEREFORE, the United States is directed forthwith to file this Order and Lis Pendens with the appropriate state or local public depository; and

ALL WHO READ THIS ORDER AND LIS PENDENS TAKE NOTICE that the property may be subject to forfeiture to the United States in a present or future criminal or civil in rem action before this Court, and any person who has a question as to this action should contact:

    United States Attorney
       for the Western District of North Carolina
    Attn: William A. Brafford
    227 West Trade Street, Suite 1650
    Charlotte, NC   28202
    (704) 344-6222

This the 2 day of September, 2015.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE

**TO THE RECORDER OF THIS INSTRUMENT: MAIL ANY AND ALL RECORDED COPIES TO THE UNITED STATES ATTORNEY FOR THE WESTERN DISTRICT OF NORTH CAROLINA AT THE ABOVE ADDRESS.**